**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JHON ACOSTA MONTERO,**<br><br>Petitioner,<br><br>v.<br><br>**MARKWAYNE MULLIN,** *et al.*,<br><br>Respondents. | **CIVIL ACTION NO. 26-4528** |

## ORDER

**AND NOW,** this 21st day of July 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1], and the responses thereto, after a hearing on the matter, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Petition is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**